**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Ollie Smith, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>Aetna, Inc.<br><br>*Defendant*. | Civil Case No.: 1:26-cv-12330<br>Hon. Georgia N. Alexakis<br><br>**Jury Trial Demanded** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ollie Smith hereby voluntarily dismisses this action against Defendant Aetna, Inc. without prejudice. Defendant has not served an answer or a motion for summary judgment.

Dated: November 20, 2026

Respectfully Submitted:

*/s/Francisco Fernandez Del Castillo*
DEL CASTILLO LAW GROUP, LLC
11 E Adams Street #1401
Chicago, IL 60603
francisco@delcastillolawgroup.com
(312)-216 0111

*/s/ Alex N. Jilizian*
Alex N. Jilizian
2629 Manhattan Ave #1002
Hermosa Beach, CA 90254
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com