**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ollie Smith
Plaintiff,
v.
Aetna, Inc.
Defendant.

Case No.: 1:26−cv−12330
Honorable Georgia N. Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Pursuant to Plaintiff's notice of voluntary dismissal [9] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed without prejudice. The Court vacates the 12/16/2026 status hearing. Civil case terminated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.